IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MANDEL MCDONALD BENSON,

    Petitioner,                                      JUDGMENT IN A CIVIL CASE

v.                                               Case No. 18-cv-670-bbc

WARDEN MARSKE,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying Mandel McDonald Benson's petition for a writ of certiorari under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 11/16/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |